UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA

          v.                        Crim. No.  5:10-MJ-1728-1

TENEA J. WILLIAMS

      On July 13, 2011, the above-named was placed on probation for a period of 12 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision.  It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                              Respectfully submitted,

/s/ Robert L. Thornton                           /s/ Eddie J. Smith
Robert L. Thornton                                  Eddie J. Smith
Supervising U.S. Probation Officer            U.S. Probation Officer

**ORDER OF COURT**

      Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

      Dated this 3rd day of May, 2012.

_____
James E. Gates
United States Magistrate Judge